# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baker, Kristine G. | Eastern District of Arkansas | 07/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court - Eastern District of Arkansas
500 West Capitol Avenue, Room D 469
Little Rock, Arkansas 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Arbor Enterprises, LLC |
| 2. | Member | Wasserliebend, LLC |
| 3. | Member | University of Arkansas School of Law, Dean's Advisory Board |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2020 | MWSGW (Ordinary business income) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase #1 | Credit card | J |
| 2. | Chase #2 | Credit card | J |
| 3. | Am. Express | Credit card | J |
| 4. | | Tuition Agreement | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1: (H) | | | | | | | | | |
| 2. - Am. Funds Int'l Growth & Income Fund | C | Dividend | L | T | | | | | |
| 3. - Am. Funds Europac. Fund | A | Dividend | M | T | Buy (add'l) | 01/13/20 | J | | |
| 4. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 5. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 6. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 7. - Am. Funds Growth Fund of Am. | E | Dividend | O | T | | | | | |
| 8. - Am. Funds New World Fund | A | Dividend | M | T | | | | | |
| 9. - Am. Funds Smallcap World Fund | C | Dividend | M | T | | | | | |
| 10. - Am. Funds Washington Mut. Fund | D | Dividend | N | T | Buy (add'l) | 04/06/20 | J | | |
| 11. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 12. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 13. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 14. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 15. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 16. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 17. - Am. Funds Global Balanced Fund | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Kristine G.** | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - AmCapFund Class A American Funds | D | Dividend | M | T | Buy | 01/03/20 | M | | |
| 19.   Brokerage Acct. #3: (H) | | | | | | | | | |
| 20.   - Am. Funds Growth Fund of Am. | B | Dividend | K | T | | | | | |
| 21.   - Am. Funds Int'l Growth & Income Fund | A | Dividend | J | T | | | | | |
| 22.   - Invesco Constellation Fund | D | Dividend | L | T | | | | | |
| 23.   - Am. Funds Europac. Fund | A | Dividend | K | T | | | | | |
| 24.   - Am. Funds New Economy Fund | C | Dividend | L | T | | | | | |
| 25.   - Am. Funds Small Cap World Fund | A | Dividend | L | T | | | | | |
| 26.   - Stephens, Inc., Money Market Fund | A | Dividend | K | T | | | | | |
| 27.   - New Perspective Fund Class F3 | B | Dividend | K | T | Buy | 03/04/20 | K | | |
| 28.   Brokerage Acct. #5: (H) | | | | | | | | | |
| 29.   - Am. Funds Europac. Fund | A | Dividend | K | T | | | | | |
| 30.   - Am. Funds New Economy Fund | A | Dividend | K | T | | | | | |
| 31.   - Stephens, Inc. Money Market Fund | A | Dividend | J | T | | | | | |
| 32.   - New Perspective Fund Class F3 | B | Dividend | K | T | Buy | 03/04/20 | K | | |
| 33. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 34.   Brokerage Acct. #6: (H) | | | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Kristine G.** | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Am. Funds Europac. Fund | A | Dividend | K | T | | | | | |
| 36. - Am. Funds New Economy Fund | B | Dividend | K | T | | | | | |
| 37. - Stephens, Inc., Money Market Fund | A | Dividend | J | T | | | | | |
| 38. - New Perspective Fund Class F3 | B | Dividend | K | T | Buy | 03/04/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 40. Brokerage Acct. #7: (H) | | | | | | | | | |
| 41. - Vanguard Conservative Growth Portfolio | | None | | | Sold | 03/27/20 | N | | |
| 42. | | | | | Buy | 03/27/20 | M | | |
| 43. | | | | | Sold | 05/28/20 | M | | |
| 44. - Vanguard Growth Portfolio | | None | | | Buy | 03/27/20 | L | | |
| 45. | | | | | Sold | 05/28/20 | L | | |
| 46. - Vanguard Income Portfolio | | None | N | T | Buy | 05/28/20 | N | | |
| 47. | | | | | Distributed<br>(part) | 08/04/20 | K | | |
| 48. Brokerage Acct. #8: (H) | | | | | | | | | |
| 49. - American Funds VA 529 U.S. Govt.<br>Money Market FD CL A M/M | A | Dividend | | | Sold | 03/09/20 | M | | |
| 50. Brokerage Acct. #9: (H) | | | | | | | | | |
| 51. - Vanguard Conservative Growth Portfolio | | None | | | Buy<br>(add'l) | 03/27/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/27/20 | N | | |
| 53. | | | | | Sold | 05/28/20 | M | | |
| 54.   - Vanguard Growth Portfolio | None | | M | T | Buy | 03/27/20 | M | | |
| 55. | | | | | Buy (add'l) | 05/28/20 | L | | |
| 56. | | | | | Sold (part) | 05/28/20 | M | | |
| 57. | | | | | Sold (part) | 11/05/20 | J | | |
| 58.   - Vanguard Income Portfolio | None | | M | T | Buy | 05/28/20 | M | | |
| 59. | | | | | Sold (part) | 11/05/20 | J | | |
| 60.   Brokerage Acct. #10: (H) | | | | | | | | | |
| 61.   - American Funds CF24-529A | None | | | | Sold | 02/07/20 | M | | |
| 62.   Central Bank Cash Account | A | Interest | J | T | | | | | |
| 63.   Simmons Bank Cash Account | A | Interest | K | T | | | | | |
| 64.   Membership Interest in Arbor Enterprises, LLC: (H) | | | | | | | | | |
| 65.   Central Bank Cash Account | A | Interest | J | T | | | | | |
| 66.   Arbor Brokerage Acct. #1: (H) | | | | | | | | | |
| 67.   - Am. Funds Int'l Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 68.   - Am. Funds Europac. Fund | A | Dividend | K | T | Buy (add'l) | 10/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Am. Funds Growth Fund of Am. | D | Dividend | M | T | | | | | |
| 70. - Am. Funds New World Fund | A | Dividend | J | T | | | | | |
| 71. - Am. Funds Smallcap World Fund | A | Dividend | K | T | | | | | |
| 72. - Am. Funds Washington Mut. Fund | B | Dividend | K | T | Donated (part) | | | | |
| 73. - Raymond James Money Market Fund (X) | A | Interest | J | T | | | | | |
| 74. - AmCap Fund Class A Am. Funds | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 75. Arbor Brokerage Acct. #2: (H) | | | | | | | | | |
| 76. - Am. Funds Fundamental Investors Fund | A | Dividend | K | T | Donated (part) | | | | |
| 77. - Am. Funds Growth Fund of Am. | B | Dividend | L | T | | | | | |
| 78. - Am. Funds Europac. Fund | A | Dividend | L | T | | | | | |
| 79. - American Beacon Stephens Mid Cap Growth Fund | A | Dividend | K | T | | | | | |
| 80. - American Beacon Stephens Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 81. - Am. Funds New World Fund | A | Dividend | J | T | | | | | |
| 82. - Stephens, Inc., Money Market Fund (X) | D | Dividend | J | T | | | | | |
| 83. - New Perspective Fund Class A | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 84. Membership Interest in Wasserliebend, LLC: (H) | | | | | | | | | |
| 85. - Developed parcel in ▓▓▓▓▓▓ ▓. | | None | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | - Undeveloped parcel 1 in ▨▨▨ . | | None | J | W | | | | | |
| 87. | - Undeveloped parcel 2 in ▨▨▨ . | | None | | | Sold | 10/30/20 | J | | Humphrey Clark BBC, LLC |
| 88. | - Undeveloped parcel 3 in ▨▨▨ | | None | | | Sold | 10/30/20 | J | | Humphrey Clark BBC, LLC |
| 89. | - Undeveloped parcel 4 in ▨▨▨ | | None | | | Sold | 10/30/20 | J | | Humphrey Clark BBC, LLC |
| 90. | - Undeveloped parcel 5 in ▨▨▨ | | None | J | W | Buy | 08/14/20 | J | | Jeanne M. Castro Living Tr |
| 91. | - Undeveloped parcel 6 in ▨▨▨ | | None | J | W | Buy | 08/24/20 | J | | Kathryn Burke |
| 92. | - Simmons First National Bank Cash Account | | None | J | T | | | | | |
| 93. | - Humphrey Clark BBC, LLC | | None | J | W | | | | | |
| 94. | Membership interest in Mitchell Williams | A | Interest | L | U | | | | | |
| 95. | Membership interest in ▨▨▨ LLC ▨▨▨ | A | Dividend | M | W | | | | | |
| 96. | Brokerage Acct. #11: (H) | | | | | | | | | |
| 97. | - Am. Funds Global Balanced Fund | A | Dividend | K | T | | | | | |
| 98. | - Am. Funds Europac. Fund | A | Dividend | L | T | | | | | |
| 99. | - Am. Funds Fundamental Investors Fund | A | Dividend | K | T | | | | | |
| 100. | - Am. Funds Growth Fund of Am. | D | Dividend | M | T | | | | | |
| 101. | - Am. Funds Int'l Growth & Income Fund | A | Dividend | K | T | | | | | |
| 102. | - Am. Funds Smallcap World Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Kristine G.** | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - Am. Funds Washington Mutual Fund | B | Dividend | L | T | | | | | |
| 104.  Brokerage Acct. #12: (H) | | | | | | | | | |
| 105.  - Am. Funds Int'l Growth & Income Fund | A | Dividend | K | T | | | | | |
| 106.  - Am. Funds Europac. Fund | A | Dividend | L | T | Buy<br>(add'l) | 10/06/20 | J | | |
| 107.  - Am. Funds Growth Fund of Am. | D | Dividend | M | T | | | | | |
| 108.  - Am. Funds Smallcap World Fund | A | Dividend | K | T | | | | | |
| 109.  - Am. Funds Washington Mut. Fund | C | Dividend | L | T | | | | | |
| 110.  - Raymond James Money Market Fund (X) | A | Interest | J | T | | | | | |
| 111.  - Am. Funds Amcap Fund Class A | B | Dividend | K | T | Buy | 01/03/20 | K | | |
| 112.  Other Bank Accts.: (H) | | | | | | | | | |
| 113.  Other Bank Acct. - Simmons #1 Cash Account | | None | | | Closed | | | | |
| 114.  Other Bank Acct. - Simmons #2 Cash Account | | None | J | T | | | | | |
| 115.  Other Bank Acct. - Simmons #3 Cash Account | | None | J | T | | | | | |
| 116.  Other Bank Acct. - Simmons #4 Cash Account | | None | J | T | | | | | |
| 117.  Other Bank Acct. - Bank of Am. #1 Cash Account | | None | J | T | | | | | |
| 118.  Brokerage Acct. #13: (H) | | | | | | | | | |
| 119.  Vanguard 500 Index Fund Investor Class | A | Dividend | J | T | Buy<br>(add'l) | 03/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stephens, Inc., Money Market Fund (X) | A | Dividend | J | T | | | | | |
| 121. Brokerage Acct. #14: (H) | | | | | | | | | |
| 122. Vanguard 500 Index Fund Investor Class | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 123. Stephens, Inc., Money Market Fund (X) | A | Dividend | J | T | | | | | |
| 124. Brokerage Acct. #15: (H) | | | | | | | | | |
| 125. Index Funds S&P 500 Equal Weight | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 126. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 127. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 128. IShares Core MSCI Emerging ETF | A | Dividend | J | T | Sold (part) | 09/04/20 | J | | |
| 129. Brokerage Acct. #16: (H) | | | | | | | | | |
| 130. - Vanguard Conservative Growth Portfolio | | None | | | Buy | 01/06/20 | J | | |
| 131. | | | | | Buy (add'l) | 03/13/20 | M | | |
| 132. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 133. | | | | | Buy (add'l) | 03/27/20 | M | | |
| 134. | | | | | Sold (part) | 03/27/20 | M | | |
| 135. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 136. | | | | | Buy (add'l) | 05/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 05/28/20 | M | | |
| 138.   - Vanguard Growth Portfolio | None | | L | T | Buy | 03/27/20 | M | | |
| 139. | | | | | Sold (part) | 05/28/20 | M | | |
| 140. | | | | | Buy (add'l) | 05/28/20 | L | | |
| 141. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 142. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 143. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 144. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 145. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 146. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 147.   - Vanguard Income Portfolio | None | | M | T | Buy | 05/28/20 | M | | |
| 148. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 149. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 150. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 151. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 152. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 153. | | | | | Buy (add'l) | 11/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Brokerage Acct. #17: (H) | | | | | | | | | |
| 155.  - Vanguard Conservative Growth Portfolio | | None | L | T | Buy | 01/06/20 | J | | |
| 156. | | | | | Buy (add'l) | 02/19/20 | M | | |
| 157. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 158. | | | | | Sold (part) | 03/27/20 | M | | |
| 159. | | | | | Buy (add'l) | 03/27/20 | K | | |
| 160. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 161. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 162. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 163. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 164. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 165. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 166. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 167. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 168. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 169. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 170.  - Vanguard Growth Portfolio | | None | M | T | Buy | 03/27/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 172. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 173. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 174. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 175. | | | | | Distributed (part) | 08/12/20 | J | | |
| 176. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 177. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 178. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 179. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 180. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 181. | | | | | Buy (add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Kristine G.** | 07/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 48:  This Brokerage Acct. #8 was closed and assets were transferred into Brokerage Acct. #16 at line 129.

Line 60:  This Brokerage Acct. #10 was closed and assets were transferred into Brokerage Acct. #17 at line 154.

Line 66:  This Arbor Brokerage Account #1 has assets held by Arbor Enterprises, LLC, of which the filer is a member.

Line 75:  This Arbor Brokerage Account #2 has assets held by Arbor Enterprises, LLC, of which the filer is a member.

Line 113:  This account was closed and assets were transferred into Cash Account at line 117.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kristine G. Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544